**Order entered June 4, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01072-CR

**CRAWFORD, JAMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30096-422**

## ORDER

The State's motion to extend the time for filing the State's brief is **GRANTED**. The brief received by the Court on June 3, 2013 shall be considered filed as of that date.

/s/ DAVID EVANS
   JUSTICE